

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00470-CV

**IN RE** Anita **DOMINGUEZ** and Mrs. Rios Corn Products, LLC

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: June 21, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On April 28, 2023, relators filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-23-12, styled *Norma Linda Lopez v. Anita Dominguez and Mrs. Rios Corn Products, LLC*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Baldemar Garza presiding.